

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00523-CR

**EX PARTE** Saul Antoni **LOZANO-AGUILAR**

From the County Court, Maverick County, Texas
Trial Court No. 31314
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 27, 2023.

_____
Irene Rios, Justice